**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Diocese of Winona-Rochester,

Debtor.

Bankruptcy Case No. 18-33707 (RJK)

Chapter 11

---

Diocese of Winona-Rochester,

Plaintiff,

v.

United States Fire Insurance Company, a Delaware corporation; et al.,

Defendants.

Adversary Proc. No. 18-03094

---

**STIPULATION OF DISMISSAL OF DEFENDANTS ST. PAUL SURPLUS LINES INSURANCE COMPANY AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY WITHOUT PREJUDICE**

---

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the undersigned parties, through their respective counsel, that any and all claims asserted against Defendants St. Paul Surplus Lines Insurance Company and St. Paul Fire and Marine Insurance Company in the above-captioned adversary proceeding be and hereby are dismissed without prejudice and without costs and disbursements to any party. The parties stipulate to the entry of the order of dismissal in the form attached.

Dated: May 3, 2019

RESTOVICH BRAUN & ASSOCIATES

Thomas R. Braun (#350631)
Christopher W. Coon (#390083)
117 East Center Street
Rochester, MN 55904
(507) 216-8652
thomas@restovichlaw.com
christopher@restovichlaw.com

BODMAN PLC

/e/Robert J. Diehl, Jr.
Robert J. Diehl, Jr. (P31264)
Brian R. Trumbauer (P57747)
Jaimee L. Witten (P70068)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
rdiehl@bodmanlaw.com
btrumbauer@bodmanlaw.com
jwitten@bodmanlaw.com

***Attorneys for the Diocese of Winona-Rochester***

O'MEARA, LEER, WAGNER & KOHL, P.A.

/e/Lance D. Meyer
Dale O. Thornsjo (#162048)
Lance D. Meyer (#393073)
7401 Metro Boulevard, Suite 600
Minneapolis, Minnesota 55439-3034
(952) 831-6544
dothornsjo@olwklaw.com
ldmeyer@okwklaw.com

***Attorneys for St. Paul Surplus Lines Insurance Company and St. Paul Fire and Marine Insurance Company***

MEAGHER & GEER, PLLP

Amy J. Woodworth
33 South Sixth Street
Suite 4400
Minneapolis, Minnesota 55402
(612) 338-0661
awoodworth@meagher.com

MEISSNER TIERNEY FISHER & NICHOLS S.C.

/e/Pamela J. Tillman
Michael J. Cohen, *pro hac vice*
Pamela J. Tillman, *pro hac vice*
111 E. Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202
(414) 273-1300
mjc@mtfn.com
pjt@mtfn.com

***Attorneys for United States Fire Insurance Company***

FISHER BREN & SHERIDAN, LLP

Gerald H. Bren (#174737)
920 Second Avenue South, Suite 975
Minneapolis, MN 55402
(612) 332-0100
gbren@fisherbren.com

CLYDE & CO. US LLP

/e/Robert Sweeney
Catalina J. Sugayan, *pro hac vice*
Robert Sweeney, *pro hac vice*
55 W. Monroe Street, Suite 3000
Chicago, IL 60613
(312) 635-6978
catalina.sugayan@clydeco.us
robert.sweeney@clydeco.us

DUANE MORRIS LLP

Russell W. Roten, *pro hac vice*
Jeff D. Kahane, *pro hac vice*
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017
(213) 689-7413
rwroten@duanemorris.com
jkahane@duanemorris.com

***Attorneys for the London Market Insurers***

MOSS & BARNETT, P.A.

/e/Charles E. Jones
Charles E. Jones (#0202708)
Sarah E. Doerr (#338679)
150 South Fifth Street, Suite 1200
Minneapolis, Minnesota 55402
(612) 877-5259
charles.jones@lawmoss.com
sarah.doerr@lawmoss.com

***Attorneys for Interstate Fire & Casualty Co. and National Surety Company***

TRAUB LIEBERMAN STRAUS & SHREWSBURY LLP

/e/Eric D. Suben
Eric D. Suben, *pro hac vice*
Mid-Westchester Executive Park
7 Skyline Drive
Hawthorne, New York 10532
(914) 586-7078
esuben@tlsslaw.com

***Attorneys for Northwestern National Insurance Company***

ZELLE LLP

/e/Eric C. Caugh
Eric C. Caugh, Esq.
500 Washington Avenue South, Suite 4000
Minneapolis, Minnesota 55415
(612) 339-2020
ecaugh@zelle.com

***Attorneys for Swiss Reinsurance America Corporation as Administrator For 21st Century Centennial Insurance Company f/k/a Colonial Penn Insurance Company***

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>Diocese of Winona-Rochester,<br><br>Debtor. | Bankruptcy Case No. 18-33707 (RJK)<br><br>Chapter 11 |
| Diocese of Winona-Rochester,<br><br>Plaintiff,<br><br>v.<br><br>United States Fire Insurance Company, a Delaware corporation; et al.,<br><br>Defendants. | Adversary Proc. No. 18-03094 |

**ORDER OF DISMISSAL OF DEFENDANTS ST. PAUL SURPLUS LINES INSURANCE COMPANY AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY WITHOUT PREJUDICE**

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Stipulation of Dismissal of Defendants St. Paul Surplus Lines Insurance Company and St. Paul Fire and Marine Insurance Company without prejudice [ECF No. ___], executed by counsel for all parties who have appeared in the above-captioned adversary proceeding,

IT IS ORDERED that any and all claims asserted against Defendants St. Paul Surplus Lines Insurance Company and St. Paul Fire and Marine Insurance Company in the above-captioned adversary proceeding are hereby dismissed without prejudice and without costs and disbursements to any party.

Dated:

______________________________________
United States Bankruptcy Judge