# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 18-33707 (RJK) |
| Diocese of Winona-Rochester, | Chapter 11 |
| Debtor. | |
| DIOCESE OF WINONA-ROCHESTER, | Adversary Proc. No. 18-03094 |
| Plaintiff,<br>vs. | |
| UNITED STATES FIRE INSURANCE COMPANY, et al., UNITED STATES FIRE INSURANCE COMPANY, a Delaware corporation; CERTAIN UNDERWRITERS AT LLOYD'S, a foreign insurance syndicate; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; NATIONAL SURETY CORPORATION, a Delaware corporation; 21st CENTURY CENTENNIAL INSURANCE COMPANY (f/k/a COLONIAL PENN INSURANCE COMPANY), a Pennsylvania corporation; ST. PAUL SURPLUS LINES INSURANCE COMPANY, a Delaware corporation; NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN, a Wisconsin corporation, formerly BELLEFONTE INSURANCE COMPANY, a Kentucky corporation; MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED, a U.K. private limited company, formerly TERRA NOVA INSURANCE CO. LTD., a U.K. private limited company; CATALINA HOLDINGS U.K. LIMITED, a private limited company, formerly EXCESS INSURANCE CO. LTD., a U.K. private limited company; SOMPO JAPAN NIPPONKOA INSURANCE COMPANY OF EUROPE LIMITED, a U.K. private limited company, formerly YASUDA FIRE AND | |

MARINE INSURANCE CO. (U.K.) LTD., a
U.K. private limited company; DOMINION
INSURANCE CO. LTD., a U.K. private limited
company; CX REINSURANCE COMPANY
LTD., a private limited company, formerly
CNA REINSURANCE OF LONDON LTD., a
U.K. private limited company; STRONG
HOLD INSURANCE CO. LTD., a U.K. private
limited company; SPHERE DRAKE
INSURANCE PLC (N/K/A SPHERE DRAKE
INSURANCE LIMITED), a U.K. public
limited company; ST. PAUL FIRE AND
MARINE INSURANCE COMPANY, a
Minnesota company, formerly ST.
KATHERINE INSURANCE CO. PLC, a U.K.
public limited company; ASSICURAZIONI
GENERALI SPA, an Italy corporation,

        Defendants.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Swiss Reinsurance America Corporation as Administrator for 21st Century Centennial Insurance Company f/k/a Colonial Penn Insurance Company ("Swiss Re"), appears by its attorneys, Zelle LLP, and request that the following be added to the matrix mailing list and receive CM/ECF notification in this case:

> Eric C. Caugh, Esq.
> Zelle LLP
> 500 Washington Avenue South, Suite 4000
> Minneapolis, Minnesota  55415
> 612-339-2020
> 612-336-9100 *facsimile*
> ecaugh@zelle.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any subsequent appearance, pleading, claim, or suit is intended to waive Swiss Re's rights to (i) remand any

2

insurance coverage case or dispute; (ii) have final orders in non-core matters entered only after *de novo* review by a district judge; (iii) trial by jury in any proceeding so triable; (iv) arbitration under any applicable arbitration agreements; (v) have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (vi) any other rights, claims, actions, defenses, setoffs, recoupments to which Swiss Re is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Swiss Re expressly reserves.

Dated:  September 16, 2021　　　　　　　　**ZELLE LLP**

　　　　　　　　　　　　　　　　　　　　*s/ Eric E. Caugh*
　　　　　　　　　　　　　　　　　　　　Eric E. Caugh  (#026703X)
　　　　　　　　　　　　　　　　　　　　500 Washington Avenue South, Suite 4000
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　　　　　　(612) 339-2020
　　　　　　　　　　　　　　　　　　　　ecaugh@zelle.com

　　　　　　　　　　　　　　　　　　　　***Attorneys for Swiss Reinsurance America Corporation as Administrator For 21st Century Centennial Insurance Company f/k/a Colonial Penn Insurance Company***

4821-5794-7899v1