UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: | Bankruptcy Case No. 18-33707 |
| Diocese of Winona-Rochester, | Chapter 11 Case |
| Debtor. | |

---

| | |
|---|---|
| Diocese of Winona-Rochester, | Adversary Proc. No. 18-03094 |
| Plaintiff, | |
| v. | |
| United States Fire Insurance Company, et al., | |
| Defendants. | |

---

**JOINT STIPULATION TO SUBSTITUTE REAL PARTY IN INTEREST**

1. On October 14, 2021, this Court confirmed the Fifth Amended Joint Chapter 11 Plan of Reorganization of the Diocese of Winona-Rochester (the "Plan") [Dkt. Nos. 398 & 405].

2. Under the Plan, the Transferred Insurance Interests are assigned and transferred to the Trust. *See* Plan, § 6.7.

3. Also under the Plan, "[a]s of the Effective Date, the Trustee will be deemed to have the right to join or intervene into the Insurance Coverage Adversary Proceeding and to pursue recoveries against any Non-Settling Insurers to the same extent as the Debtor." *Id.*, § 6.14(m).

4. The Effective Date occurred on October 29, 2021. [Dkt. No. 413].

5. Based on the foregoing, the Diocese of Winona-Rochester (the "Diocese"), United States Fire Insurance Company ("U.S. Fire"), 21st Century Centennial Insurance Company (f/k/a Colonial Penn Insurance Company) ("Colonial Penn"), and DW Harrow & Assoc., LLC (the

"Trustee") of the Diocese of Winona-Rochester Settlement Trust (the "Trust") stipulate to entry of the attached order substituting the Trustee for the Diocese as the real party in interest in this insurance adversary proceeding.

6. The undersigned parties have authorized the Diocese's counsel to submit this stipulation with their electronic signatures as set forth below.

WHEREFORE, the undersigned parties respectfully request that this Court enter an order substituting the Trustee for the Diocese as the real party in interest in this insurance adversary proceeding.

RESTOVICH BRAUN & ASSOCIATES

/e/Christopher W. Coon
Thomas R. Braun (#350631)
Christopher W. Coon (#390083)
117 East Center Street
Rochester, MN 55904
(507) 216-8652
thomas@restovichlaw.com
christopher@restovichlaw.com

BODMAN PLC

/e/Robert J. Diehl, Jr.
Robert J. Diehl, Jr. (P31264)
Brian R. Trumbauer (P57747)
Jaimee L. Witten (P70068)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 259-7777
rdiehl@bodmanlaw.com
btrumbauer@bodmanlaw.com
jwitten@bodmanlaw.com

***Attorneys for the Diocese of Winona-Rochester***

MEISSNER TIERNEY FISHER & NICHOLS S.C.

/e/ Michael J. Cohen

Michael J. Cohen, *pro hac vice*
Pamela J. Tillman, *pro hac vice*
111 E. Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202
(414) 273-1300
mjc@mtfn.com
pjt@mtfn.com

***Attorneys for United States Fire Insurance Company***

ZELLE LLP

/e/ Eric E. Caugh

Eric E. Caugh, Esq
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
(612) 336-9178
ecaugh@zelle.com
rgilbertson@zelle.com

***Attorneys for 21st Century Centennial Insurance Company (f/k/a Colonial Penn Insurance Company)***

DW HARROW & ASSOC., LLC

/e/ Dan Harrow

1880 State Highway 309
Kerens, TX 75144

***Trustee of the Diocese of Winona-Rochester Settlement Trust***

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Diocese of Winona-Rochester,

Debtor.

Bankruptcy Case No. 18-33707

Chapter 11 Case

---

Diocese of Winona-Rochester,

Plaintiff,

v.

United States Fire Insurance Company, et al.,

Defendants.

Adversary Proc. No. 18-03094

---

**ORDER GRANTING SUBSTITUTION OF THE REAL PARTY IN INTEREST**

This matter came before the Court on the parties' joint stipulation for an order substituting DW Harrow & Assoc., LLC (the "Trustee") of the Diocese of Winona-Rochester Settlement Trust (the "Trust") for the Diocese of Winona-Rochester (the "Diocese") as the real party in interest in this insurance adversary proceeding.

**IT IS ORDERED:**

1. The Trustee is substituted for the Diocese as the real party in interest.

2. Hereinafter, the caption of the present case is amended to reflect DW Harrow & Assoc., LLC, as Trustee of the Diocese of Winona-Rochester Settlement Trust, as the Plaintiff.

3. Upon substitution of the parties, counsel for the Trustee shall file a notice of appearance, the Diocese shall be terminated as a party to the insurance adversary proceeding, and counsel for the Diocese may withdraw their appearances in the case.

4. This substitution does not affect the Diocese's obligations to the Non-Settling Insurers and Trustee under the Fifth Amended Joint Chapter 11 Plan of Reorganization of the Diocese of Winona-Rochester confirmed by the Court on October 14, 2021 [Dkt. Nos. 398 & 405].

Dated: ________________

______________________________________

United States Bankruptcy Judge