# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 18-33707 (RJK) |
| Diocese of Winona-Rochester, | Chapter 11 |
| Debtor. | |
| | |
| DW HARROW & ASSOC., LLC, as Trustee of the Diocese of Winona-Rochester Settlement Trust, | Adversary Proc. No. 18-03094 |
| Plaintiff, | |
| vs. | |
| UNITED STATES FIRE INSURANCE COMPANY, et al., | |
| Defendants. | |

## STIPULATION OF DISMISSAL OF
## DEFENDANT 21st CENTURY CENTENNIAL INSURANCE COMPANY f/k/a COLONIAL PENN INSURANCE COMPANY WITHOUT PREJUDICE

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the undersigned parties, through their counsel, that any and all claims asserted against the defendant 21st Century Centennial Insurance Company, f/k/a Colonial Penn Insurance Company, in the above-captioned adversary proceeding be and hereby are dismissed without prejudice and without costs and disbursements to any party. The parties stipulate to the entry of the order of dismissal in the form attached.

| | |
|---|---|
| Dated:  December 13, 2021 | **BURNS BOWEN BAIR LLP**<br><br>s/ *Timothy W. Burns*<br>Timothy W. Burns<br>Jeff J. Bowen<br>Jesse J. Bair<br>One South Pinckney Street, #930<br>Madison, WI 53703<br>tburns@bbblawllp.com<br>jbowen@bbblawllp.com<br>jbair@bbblawllp.com<br><br>***Attorneys for DW Harrow & Assoc., LLC, as Trustee of the Diocese of Winona-Rochester Settlement Trust***<br><br>**ZELLE LLP**<br><br>s/ *Eric E. Caugh*<br>Eric E. Caugh  (#026703X)<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415<br>(612) 339-2020<br>ecaugh@zelle.com<br><br>***Attorneys for 21st Century Centennial Insurance Company f/k/a Colonial Penn Insurance Company***<br><br>MEISSNER TIERNEY FISHER & NICHOLS S.C.<br><br>s/ *Michael J. Cohen*<br><br>Michael J. Cohen, *pro hac vice*<br>Pamela J. Tillman, *pro hac vice*<br>111 E. Kilbourn Avenue, 19th Floor<br>Milwaukee, WI 53202<br>(414) 273-1300<br>mjc@mtfn.com<br>pjt@mtfn.com<br><br>***Attorneys for United States Fire Insurance Company*** |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 18-33707 (RJK) |
| Diocese of Winona-Rochester, | Chapter 11 |
| Debtor. | |
| DW HARROW & ASSOC., LLC, as Trustee of the Diocese of Winona-Rochester Settlement Trust, | Adversary Proc. No. 18-03094 |
| Plaintiff, vs. | |
| UNITED STATES FIRE INSURANCE COMPANY, et al., | |
| Defendants. | |

## ORDER OF DISMISSAL OF
## DEFENDANT 21st CENTURY CENTENNIAL INSURANCE COMPANY f/k/a COLONIAL PENN INSURANCE COMPANY WITHOUT PREJUDICE

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Stipulation of Dismissal of Defendant 21st Century Centennial Insurance Company f/k/a Colonial Penn Insurance Company [ECF No. ___], executed by counsel for all parties in this adversary proceeding,

IT IS ORDERED that any and all claims asserted against Defendant 21st Century Centennial Insurance Company f/k/a Colonial Penn Insurance Company in the above-captioned adversary proceeding are dismissed without prejudice and without costs and disbursements to any party.

DATED:

_____
United States Bankruptcy Judge