**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>Diocese of Winona-Rochester,<br><br>Debtor. | Bankruptcy Case No. 18-33707 (RJK)<br><br>Chapter 11 |
| DW HARROW & ASSOC., LLC, as Trustee of the Diocese of Winona-Rochester Settlement Trust,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY, et al.,<br><br>Defendants. | Adversary Proc. No. 18-03094 |

**ORDER OF DISMISSAL OF**
**DEFENDANT 21st CENTURY CENTENNIAL INSURANCE COMPANY f/k/a**
**COLONIAL PENN INSURANCE COMPANY WITHOUT PREJUDICE**

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Stipulation of Dismissal of Defendant 21st Century Centennial Insurance Company f/k/a Colonial Penn Insurance Company [ECF No.93], executed by counsel for all parties in this adversary proceeding,

IT IS ORDERED that any and all claims asserted against Defendant 21st Century Centennial Insurance Company f/k/a Colonial Penn Insurance Company in the above-captioned adversary proceeding are dismissed without prejudice and without costs and disbursements to any party.

DATED: *December 14, 2021*

/e/ William J. Fisher
William J. Fisher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/14/2021*
Tricia Pepin, Clerk, by KN