**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>Diocese of Winona-Rochester,<br><br>Debtor. | Bankruptcy Case No. 18-33707 (RJK)<br><br>Chapter 11 |
| DW HARROW & ASSOC., LLC, as Trustee of the Diocese of Winona-Rochester Settlement Trust,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY, et al.,<br><br>Defendants. | Adversary Proc. No. 18-03094 |

**JOINT STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS INTERSTATE FIRE & CASUALTY COMPANY AND THE LONDON MARKET INSURERS**

1. On October 14, 2021, this Court confirmed the Fifth Amended Joint Chapter 11 Plan of Reorganization of the Diocese of Winona-Rochester (the "Plan") [Dkt. Nos. 398 & 405].

2. Under the Plan, "within 20 days after receipt of the settlement payment required by the LMI/Interstate Settlement Agreement, the Diocese,[1] LMI and Interstate shall effect dismissal with prejudice of their Claims against each other in the Insurance Coverage Adversary Proceeding, and

[1] Under the Plan, the Transferred Insurance Interests are assigned and transferred to DW Harrow & Assoc., LLC (the "Trustee") of the Diocese of Winona-Rochester Settlement Trust (the "Trust"). *See* Plan, § 6.7. Accordingly, by Order dated December 3, 2021 [Dkt. No. 87], the Court ordered that the Trustee be substituted for the Diocese of Winona-Rochester (the "Diocese") as the real party in interest in this insurance adversary proceeding.

shall be prohibited from pursuing the claims therein against each other at any time, with each side to bear its own fees and costs." *See* Plan, § 7.3.

3. Also under the Plan, "[t]he Diocese shall not be required to dismiss the Insurance Coverage Adversary Proceeding as against any Non-Settling Insurers." *Id.*

4. The LMI/Interstate settlement payment has now been received by the Trust.

5. Based on the foregoing, the Trust, Interstate Fire & Casualty Company ("Interstate"), the London Market Insurers, comprised of certain Underwriters at Lloyd's, London and certain London Market Companies ("LMI"), and United States Fire Insurance Company ("U.S. Fire"), stipulate to entry of the attached order dismissing LMI and Interstate from the above-captioned adversary proceeding with prejudice and with the parties each bearing their own attorneys' fees and costs.

6. The parties stipulate to the entry of the order of dismissal in the form attached.

Dated: January 13, 2022

*e/ Timothy W. Burns*

Timothy W. Burns (admitted *pro hac vice*)
Jeff J. Bowen (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
**BURNS BOWEN BAIR LLP**
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703
608-286-2808
tburns@bbblawllp.com
jbowen@bbblawllp.com
jbair@bbblawllp.com

Andrew J. Glasnovich (#398366)
Edwin H. Caldie (##388930)
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T: 612-235-1500
drew.glasnovich@stinson.com
ed.caldie@stinson.com

***Counsel for DW Harrow & Assoc., LLC, as Trustee of the Diocese of Winona-Rochester Settlement Trust***

*s/ Charles E. Jones*

Charles E. Jones (#0202708)
**MOSS & BARNETT, P.A.**
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 877-5000
Charles.Jones@lawmoss.com

***Counsel for Interstate Fire & Casualty Company***

*s/ Robert Sweeney*

Russell W. Roten (*Pro Hac Vice*)
Jeff D. Kahane (*Pro Hac Vice*)
Andrew E. Mina (*Pro Hac Vice*)
**DUANE MORRIS LLP**
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: 213.689.7400
rwroten@duanemorris.com
jkahane@duanemorris.com
AMina@duanemorris.com

Catalina J. Sugayan (*Pro Hac Vice*)
Robert Sweeney (*Pro Hac Vice*)
**CLYDE & CO US LLP**
55 West Monroe, Suite 3000
Chicago, IL 60613
Telephone: 312-635-7000
catalina.sugayan@clydeco.us
robert.sweeney@clydeco.us

***Counsel for the London Market Insurers***

/e/ *Michael J. Cohen*

Michael J. Cohen (*Pro Hac Vice*)
Pamela J. Tillman (*Pro Hac Vice*)
**MEISSNER TIERNEY FISHER & NICHOLS S.C.**
111 E. Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202
(414) 273-1300
mjc@mtfn.com
pjt@mtfn.com

***Counsel for United States Fire Insurance Company***

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Diocese of Winona-Rochester,

Debtor.

Bankruptcy Case No. 18-33707 (RJK)

Chapter 11

---

DW HARROW & ASSOC., LLC, as Trustee of the Diocese of Winona-Rochester Settlement Trust,

Plaintiff,

vs.

UNITED STATES FIRE INSURANCE COMPANY, et al.,

Defendants.

Adversary Proc. No. 18-03094

---

**ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANTS INTERSTATE FIRE & CASUALTY COMPANY AND THE LONDON MARKET INSURERS**

---

This matter came before the Court on the parties' joint stipulation for an order dismissing Interstate Fire & Casualty Company ("Interstate") and the London Market Insurers, comprised of certain Underwriters at Lloyd's, London and certain London Market Companies ("LMI") with prejudice from the above-captioned adversary proceeding.

**IT IS ORDERED:**

1. LMI and Interstate are dismissed with prejudice from the above-captioned adversary proceeding.

2. The parties will each bear their own attorneys' fees and costs.

DATED:

________________________________________
United States Bankruptcy Judge