**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re:<br><br>Diocese of Winona-Rochester,<br><br>Debtor. | Bankruptcy Case No. 18-33707 (RJK)<br><br>Chapter 11 |
| DW HARROW & ASSOC., LLC, as Trustee of the Diocese of Winona-Rochester Settlement Trust,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY, et al.,<br><br>Defendants. | Adversary Proc. No. 18-03094 |

---

**ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANTS INTERSTATE FIRE & CASUALTY COMPANY AND THE LONDON MARKET INSURERS**

---

This matter came before the Court on the parties' joint stipulation for an order dismissing Interstate Fire & Casualty Company ("Interstate") and the London Market Insurers, comprised of certain Underwriters at Lloyd's, London and certain London Market Companies ("LMI") with prejudice from the above-captioned adversary proceeding.

**IT IS ORDERED:**

1. LMI and Interstate are dismissed with prejudice from the above-captioned adversary proceeding.

2. The parties will each bear their own attorneys' fees and costs.

DATED: *January 13, 2022*

/e/ William J. Fisher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/13/2022*
Tricia Pepin, Clerk, by KN