**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Diocese of Winona-Rochester,

Debtor.

Bankruptcy Case No. 18-33707 (RJK)

Chapter 11

DW HARROW & ASSOC., LLC, as Trustee of the Diocese of Winona-Rochester Settlement Trust,

Plaintiff,

vs.

UNITED STATES FIRE INSURANCE COMPANY, et al.,

Defendants.

Adversary Proc. No. 18-03094

**JOINT STIPULATION TO DISMISS WITH PREJUDICE DEFENDANT NATIONAL SURETY CORPORATION**

1. On October 14, 2021, this Court confirmed the Fifth Amended Joint Chapter 11 Plan of Reorganization of the Diocese of Winona-Rochester (the "Plan") [Dkt. Nos. 398 & 405].

2. Under the Plan, "within 20 days after receipt of the settlement payment required by the LMI/Interstate Settlement Agreement, the Diocese,[1] LMI and Interstate shall affect dismissal with prejudice of their Claims against each other in the Insurance Coverage Adversary Proceeding, and

[1] Under the Plan, the Transferred Insurance Interests are assigned and transferred to DW Harrow & Assoc., LLC (the "Trustee") of the Diocese of Winona-Rochester Settlement Trust (the "Trust"). *See* Plan, § 6.7. Accordingly, by Order dated December 3, 2021 [Dkt. No. 87], the Court ordered that the Trustee be substituted for the Diocese of Winona-Rochester (the "Diocese") as the real party in interest in this insurance adversary proceeding.

shall be prohibited from pursuing the claims therein against each other at any time, with each side to bear its own fees and costs." *See* Plan, § 7.3.

3. Also under the Plan, "[t]he Diocese shall not be required to dismiss the Insurance Coverage Adversary Proceeding as against any Non-Settling Insurers." *Id.*

4. The LMI/Interstate settlement payment has now been received by the Trust.

5. Accordingly, on January 13, 2022, the parties filed a joint stipulation to dismiss with prejudice Interstate and LMI [Dkt. No. 103], which the Court granted that same day [Dkt. No. 104].

6. National Surety Corporation ("National Surety") is an affiliate of Interstate and should be dismissed from the insurance adversary proceeding for the same reasons as Interstate.

7. Based on the foregoing, the Trust, National Surety, and United States Fire Insurance Company ("U.S. Fire"), stipulate to entry of the attached order dismissing National Surety from the above-captioned adversary proceeding with prejudice and with the parties each bearing their own attorneys' fees and costs.

8. The parties stipulate to the entry of the order of dismissal in the form attached.

Dated: January 21, 2022

e/ *Timothy W. Burns*

Timothy W. Burns (admitted *pro hac vice*)
Jeff J. Bowen (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
**BURNS BOWEN BAIR LLP**
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703
608-286-2808
tburns@bbblawllp.com
jbowen@bbblawllp.com
jbair@bbblawllp.com

Andrew J. Glasnovich (#398366)
Edwin H. Caldie (##388930)
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T: 612-235-1500
drew.glasnovich@stinson.com
ed.caldie@stinson.com

***Counsel for DW Harrow & Assoc., LLC, as Trustee of the Diocese of Winona-Rochester Settlement Trust***

s/ *Kelly C. Engebretson*

Kelly C. Engebretson
**MOSS & BARNETT, P.A.**
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 877-5272
Kelly.Engebretson@lawmoss.com

***Counsel for National Surety Corporation***

/e/ *Michael J. Cohen*

Michael J. Cohen (*Pro Hac Vice*)
Pamela J. Tillman (*Pro Hac Vice*)
**MEISSNER TIERNEY FISHER & NICHOLS S.C.**
111 E. Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202
(414) 273-1300
mjc@mtfn.com
pjt@mtfn.com

***Counsel for United States Fire Insurance Company***

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re:<br><br>Diocese of Winona-Rochester,<br><br>Debtor. | Bankruptcy Case No. 18-33707 (RJK)<br><br>Chapter 11 |
| DW HARROW & ASSOC., LLC, as Trustee of the Diocese of Winona-Rochester Settlement Trust,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY, et al.,<br><br>Defendants. | Adversary Proc. No. 18-03094 |

## ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT NATIONAL SURETY CORPORATION

This matter came before the Court on the parties' joint stipulation for an order dismissing National Surety Corporation ("National Surety") with prejudice from the above-captioned adversary proceeding.

**IT IS ORDERED:**

1. National Surety is dismissed with prejudice from the above-captioned adversary proceeding.

2. The parties will each bear their own attorneys' fees and costs.

DATED:

________________________________
United States Bankruptcy Judge