**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Diocese of Winona-Rochester,

Debtor.

Bankruptcy Case No. 18-33707 (RJK)

Chapter 11

---

DW HARROW & ASSOC., LLC, as Trustee of the Diocese of Winona-Rochester Settlement Trust,

Plaintiff,

vs.

UNITED STATES FIRE INSURANCE COMPANY, et al.,

Defendants.

Adversary Proc. No. 18-03094

---

**ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT NATIONAL SURETY CORPORATION**

This matter came before the Court on the parties' joint stipulation for an order dismissing National Surety Corporation ("National Surety") with prejudice from the above-captioned adversary proceeding.

**IT IS ORDERED:**

1. National Surety is dismissed with prejudice from the above-captioned adversary proceeding.

2. The parties will each bear their own attorneys' fees and costs.

DATED: *January 21, 2022*

/e/ William J. Fisher

United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/21/2022*
Tricia Pepin, Clerk, by KN